[Nos. 42491-2-I; 42492-1-I.  Division One.  June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. JACKSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 97-1-04277-8, Larry Jordan, J., entered March 31, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42502-1-I.  Division One.  June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY ALONZO DAVISON, *Defendant*, VICTORIA H. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04971-3, William L. Downing, J., entered March 23, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42537-4-I.  Division One.  June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00686-0, John F. Wilson, J., entered January 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 42581-1-I.  Division One.  June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09056-0, Jay V. White, J., entered April 13, 1998. *Affirmed* by unpublished per curiam opinion.